JUNE 21, 1989

No. 88–1952. UNITED STATES *v.* TRICE ET AL. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 53.